IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNATHAN BURKE,** ) | |
| **AIS #299004,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-CV-917-MHT-CSC** |
| **JARMAL SEWELL,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT CONFERENCE

COMES NOW the undersigned counsel on behalf of the Defendant, Lt. Jarmal Sewell, and pursuant to the Court's Order dated June 21, 2021 (Doc. 28), hereby informs the Court that the undersigned and pro se Plaintiff communicated by phone on July 7, 2021, and are unable to reach a resolution in the above-styled case at this time.

Respectfully submitted,

STEVE MARSHALL
Attorney General

*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General

ADDRESS OF COUNSEL
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Sara.rossmanith@Alabamaag.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on July 7, 2021, electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF electronic filing system and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Johnathan Burke, AIS #299004
Elmore Correctional Facility
3520 Marion Spillway Rd.
Elmore, AL  36025

*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General